**BRYAN CAVE LLP**
Stuart W. Price, California Bar No. 125918
Sean D. Muntz, California Bar No. 223549
Christina G. Rothschild, California Bar No. 268920
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-Mail: swprice@bryancave.com
sean.muntz@bryancave.com
rothschildc@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A., erroneously sued as "BANK OF AMERICA Home Loans Servicing LP;" BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A., erroneously sued as "RECONTRUST COMPANY;" BANK OF NEW YORK MELLON, erroneously sued as "Bank of New York;" ESTHER GRAY; AND SHERYL DELA CRUZ

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

APRIL MOTTAHEDEH,

Plaintiff,

vs.

BANK OF AMERICA Home Loans Servicing LP, Bank of America , N.A., RECONTRUST COMPANY, Bank of New York, Esther Gray, Sheryl Dela Cruz, Equity Options Inc. and Does 1 through 20,

Defendants

Case No. 5:12-cv-00165-VAP-OP

Hon. Virginia A. Phillips
Courtroom: 2

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**

[Filed concurrently with Notice of and Motion to Dismiss, Memornadum of Points and Authorities and [Proposed] Order]

Hon. Virginia A. Phillips

Date: May 21, 2012
Time: 2:00 p.m.
Ctrm: 2

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 21, 2012, at 2:00 p.m., or as soon thereafter as this matter may be heard, in Courtroom 2 of the above entitled Court, located at 3470 Twelfth Street, Riverside, California 92501, defendants BANK OF AMERICA, N.A., erroneously sued as "BANK OF AMERICA Home Loans Servicing LP;" BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A., erroneously sued as "RECONTRUST COMPANY;" BANK OF NEW YORK MELLON, erroneously sued as "Bank of New York;" ESTHER GRAY; AND SHERYL DELA CRUZ (collectively the "Defendants") request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201 and Branch v. Tunnell, 14 F.3d 449, 454 (9th Cir. 1994), of the following documents attached hereto:

**Exhibit 1:** Deed of Trust, signed by Plaintiff APRIL MOTTAHEDEH on April 28, 2006, recorded in the official records of San Bernardino County, California on May 16, 2006, as Document No. 2006-0332838.

**Exhibit 2:** Corporation Assignment of Deed of Trust, dated June 1, 2006, recorded in the official records of San Bernardino County, California on June 8, 2006, as Document No. 2006-0391710.

**Exhibit 3:** Assignment of Deed of Trust, dated September 22, 2011, recorded in the official records of San Bernardino County, California on October 3, 2011, as Document No. 2011-0414975.

**Exhibit 4:** Substitution of Trustee, dated October 7, 2011, recorded in the official records of San Bernardino County, California on October 12, 2011, as Document No. 2011-0424968.

**Exhibit 5:** Notice of Default and Election to Sell Under Deed of Trust, dated October 7, 2011, recorded in the official records of San Bernardino County, California on October 12, 2011, as Document No. 2011-0424970.

///

///

**Exhibit 6:** Notice of Trustee's Sale, dated January 12, 2012, recorded in the official records of San Bernardino County, California on January 17, 2012, as Document No. 2012-0016364.

This Request made in support of Defendants' Motion to Dismiss filed concurrently herewith, and is based on the attached Memorandum of Points and Authorities, all pleadings and records on file in this action, and such briefing, papers and argument as may be permitted in this matter.

Dated: April 12, 2012

**BRYAN CAVE LLP**
Stuart W. Price
Sean D. Muntz
Christina G. Rothschild

By: [signature]
Christina G. Rothschild
Attorneys for Defendants BANK OF AMERICA, N.A., erroneously sued as "BANK OF AMERICA Home Loans Servicing LP;" BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A., erroneously sued as "RECONTRUST COMPANY;" BANK OF NEW YORK MELLON, erroneously sued as "Bank of New York;" ESTHER GRAY; AND SHERYL DELA CRUZ

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Defendants BANK OF AMERICA, N.A., erroneously sued as "BANK OF AMERICA Home Loans Servicing LP;" BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A., erroneously sued as "RECONTRUST COMPANY;" BANK OF NEW YORK MELLON, erroneously sued as "Bank of New York;" ESTHER GRAY; AND SHERYL DELA CRUZ (collectively the "Defendants") request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the attached documents ("Exhibits"). Plaintiff references these Exhibits throughout her Complaint ("Complaint"). Moreover, the Exhibits relate to the placement and foreclosure of Plaintiff's mortgage.

In the Complaint, Plaintiff seeks various remedies, including damages, declaratory relief, and injunctions against Defendants for alleged improprieties in connection with the foreclosure of her property.

### II. JUDICIAL NOTICE IS PROPER

Defendants request the Court to consider the attached Exhibits on the basis that they are central to the resolution of Plaintiff's Complaint or were recorded in the San Bernardino County Official Records.

Under Federal Rule of Evidence 201, a fact is judicially noticeable when it is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Documents not physically attached to the complaint may be considered by the Court on a Rule 12(b)(6) Motion if the complaint refers to the documents, the documents are central to plaintiff's claims, and there is no question concerning the authenticity of the documents. *See Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994). The Court's consideration of the attached loan documents and recorded documents related to the foreclosure process does not convert Defendants' Rule 12(b)(6) Motion into a

///

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

motion for summary judgment. *Id.*; Schwarzer, Tashima & Wagstaffe, Federal Civil Procedure Before Trial (2005), 9:212.1b.

The conditions for taking judicial notice of the Exhibits in connection with Defendants' Motion to Dismiss are met here: (1) they are central to Plaintiff's claims against Defendants; (2) they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned; and (3) there is no material question concerning their authenticity as they were recorded in the San Bernardino County Official Records.

**III. <u>CONCLUSION</u>**

For the foregoing reasons, Defendants respectfully request the Court take judicial notice of the attached Exhibits.

Dated: April 12, 2012

**BRYAN CAVE LLP**
Stuart W. Price
Sean D. Muntz
Christina G. Rothschild

By: [signature]
Christina G. Rothschild
Attorneys for Defendants
BANK OF AMERICA, N.A., erroneously sued as "BANK OF AMERICA Home Loans Servicing LP;" BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A., erroneously sued as "RECONTRUST COMPANY;" BANK OF NEW YORK MELLON, erroneously sued as "Bank of New York;" ESTHER GRAY; AND SHERYL DELA CRUZ

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88
MOTTAHEDEH V. BANK OF AMERICA (CASE NO. 5:12-CV-00165-VAP-OP)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: harpers@bryancave.com.

On April 13, 2012, I served the following document(s) described as:

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

April Mottahedeh
9582 Buttemere Road
Phelan, CA 92371

***Pro Per Plaintiff***

[☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 13, 2012, at Irvine, California.

Sherry L. Harper

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414