**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 12-00165 VAP (OPx)                                         Date:  May 7, 2012

Title:     APRIL MOTTAHEDEH -v- BANK OF AMERICA HOME LOANS SERVICING LP, et al.
===============================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:     MINUTE ORDER GRANTING MOTION TO DISMISS (IN CHAMBERS)

    The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion") filed by Defendants Bank of America, Recontrust Company, Bank of New York Mellon, Esther Gray, and Sheryl Dela Cruz ("Defendants").  Defendants' Motion is appropriate for resolution without a hearing. <u>See</u> Fed. R. Civ. P. 78; L.R. 7-15.

    Defendants filed their Motion on April 13, 2012, to be heard on May 21, 2012. Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion.  Plaintiff April Mottahedeh filed no timely opposition.  Under Local Rule 7- 12, the Court finds

Case 5:12-cv-00165-VAP-OP   Document 14   Filed 05/07/12   Page 2 of 2   Page ID #:169

**EDCV 12-00165 VAP (OPx)**
**APRIL MOTTAHEDEH v. BANK OF AMERICA HOME LOANS SERVICING LP, ET AL.,**
**MINUTE ORDER of May 7, 2012**

Plaintiff has consented to granting the Motion.  Plaintiff's claims against Defendants are dismissed without prejudice.

    **IT IS SO ORDERED.**

MINUTES FORM 11                                                        Initials of Deputy Clerk __md__
CIVIL -- GEN                              Page 2