1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  APRIL MOTTAHEDEH,           )    Case No. EDCV 12-00165 VAP
                                )    (OPx)
12                 Plaintiff,   )
                                )    **JUDGMENT**
13       v.                     )
                                )
14  BANK OF AMERICA HOME        )
    LOANS SERVICING LP, et      )
15  al.                         )
                                )
16                 Defendants.
    _____

17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order filed herewith, IT IS ORDERED

20  AND ADJUDGED that Plaintiff's Complaint against Bank of

21  America, Recontrust Company, Bank of New York Mellon,

22  Esther Gray, and Sheryl Dela Cruz be DISMISSED WITHOUT

23  PREJUDICE.  The Court orders that such judgment be

24  entered.

25

26
    Dated: May 7, 2012      _____
27                               VIRGINIA A. PHILLIPS
                             United States District Judge
28