**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 12-00165 VAP (OPx)                              Date:  July 26, 2012

Title:   APRIL MOTTAHEDEH -v- BANK OF AMERICA HOME LOANS SERVICING LP, et al.
===============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

  Marva Dillard                                    None Present
  Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                  ATTORNEYS PRESENT FOR
PLAINTIFFS:                            DEFENDANTS:

  None                                             None

PROCEEDINGS:     MINUTE ORDER GRANTING MOTION TO DISMISS (DOC. NO. 26) (IN CHAMBERS)

   The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion") filed by Defendants Bank of America, Recontrust Company, Bank of New York Mellon, Esther Gray, and Sheryl Dela Cruz ("Defendants").  Defendants' Motion is appropriate for resolution without a hearing. <u>See</u> Fed. R. Civ. P. 78; L.R. 7-15.

   Defendants filed their Motion on July 9, 2012, to be heard on August 13, 2012. Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion.  Plaintiff April Mottahedeh filed no timely opposition.  Under Local Rule 7- 12, the Court finds

MINUTES FORM 11                              Initials of Deputy Clerk ___md____
CIVIL -- GEN                    Page 1

**EDCV 12-00165 VAP (OPx)**
**APRIL MOTTAHEDEH v. BANK OF AMERICA HOME LOANS SERVICING LP, BANK OF AMERICA, N.A., RECONTRUST COMPANY, BANK OF NEW YORK, ESTHER GRAY, SHERYL DELA CRUZ, EQUITY OPTIONS INC. AND DOES 1 THROUGH 20**
**MINUTE ORDER of July 26, 2012**

Plaintiff has consented to granting the Motion. Plaintiff's claims against Defendants are dismissed without prejudice.

**IT IS SO ORDERED.**