O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL MOTTAHEDEH,<br><br>        Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA HOME LOANS SERVICING LP, et al.<br><br>        Defendants. | Case No. EDCV 12-00165 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Bank of America, Recontrust Company, Bank of New York Mellon, Esther Gray, and Sheryl Dela Cruz be DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>July 26, 2012</u>

                                            *Virginia A. Phillips*
                                     VIRGINIA A. PHILLIPS
                                   United States District Judge