JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL MOTTAHEDEH, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA HOME LOANS SERVICING LP, et al. <br><br> Defendants. | Case No. EDCV 12-00165 VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendants Bank of America Home Loans Servicing LP, Bank of America, N.A., Recontrust Company, Bank of New York, Esther Gray, and Sheryl Dela Cruz are DISMISSED WITH PREJUDICE. Plaintiff's claims against Defendant Equity Options Inc. are DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 31, 2013

VIRGINIA A. PHILLIPS
United States District Judge